IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SHAUN D. DAVIS,               )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>OFFICER LAWRENCE HOWELL,      )<br>                              )<br>     Defendant.              ) | CIVIL ACTION NO.<br>3:24cv122-MHT<br>(WO) |

OPINION

Plaintiff, a state prisoner, filed this lawsuit in state court asserting claims of false arrest, illegal seizure without probable cause, and denial of due process. Defendant removed the case to this court asserting that plaintiff's complaint raised federal constitutional claims and that this court has jurisdiction under 28 U.S.C. § 1331. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to obey a court order to file an amended complaint as ordered by the court. There are no objections to the recommendation.

After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of October, 2024.

                                        <u>/s/ Myron H. Thompson</u>
                                        **UNITED STATES DISTRICT JUDGE**